UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-22964-CIV-WILLIAMS

DIANELIN M. VERGARA,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Chief Magistrate Judge Edwin G. Torres's Report and Recommendation ("***the Report***") (DE 27) that the Court deny Plaintiff Dianelin M. Vergara's ("***Plaintiff***") Motion for Summary Judgment ("***Plaintiff's Motion***") (DE 22) and grant Defendant Commissioner of Social Security's ("***Defendant***") Motion for Summary Judgment ("***Defendant's Motion***"). (DE 25.) Plaintiff objected to the Report. (DE 29.) Upon an independent review of the Report, Plaintiff's objections, and the full record in this case, the Court agrees with the Report.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 27) are **AFFIRMED AND ADOPTED**.
2. Plaintiff's Motion (DE 22) is **DENIED**.
3. Defendant's Motion (DE 25) is **GRANTED**.
4. The decision of the Administrative Law Judge is **AFFIRMED**.
5. This action is **DISMISSED** and the Clerk of Court is directed to **CLOSE** this case.
6. Any pending motions are **DENIED AS MOOT** and any forthcoming, deadlines, hearings, or trial settings are **CANCELED**.
7. An order of final judgment will follow separately.

**DONE AND ORDERED** in Chambers in Miami, Florida on this <u>14th</u> day of March, 2022.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE