**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 20-22964-Civ-WILLIAMS/TORRES

DIANELIN VERGARA,

      Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of
the Social Security Administration,

      Defendant.
_____/

**ORDER ON MOTION TO APPEAL IN FORMA PAUPERIS**

THIS CAUSE comes before the Court upon Plaintff Dianelin Vergara's Motion for Leave to Proceed on Appeal *In Forma Pauperis*. [D.E. 33]. To appeal in forma pauperis, a party must file in the district court a motion and an affidavit that "(A) shows . . . the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." Fed. R. App. P. 24(a). Here, Plaintff provided an affidavit showing her inability to pay fees and costs. [D.E. 33]. Moreover, our review of the record indicates that Plaintff claims an entitlement to redress and reveals the issues that she intends to present on appeal. Accordingly, UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Motion is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of August, 2022.

/s/ *Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge